**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Islam Ahmad SULIMAN, aka Issam**
**Ahmad Suliman Abu Laila,**
**Defendant—Appellant.**

**No. 05–10234.**

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 21, 2006.*

Filed Aug. 24, 2006.

Before: GOODWIN, REINHARDT and BEA, Circuit Judges.

MEMORANDUM **

Islam Ahmad Suliman appeals from the 56–month sentence reimposed on remand following his guilty plea conviction for fraud and related activity in connection with identification, in violation of 18 U.S.C. § 1028(a)(3), fraud and related activity in connection with access devices, in violation of 18 U.S.C. § 1029(a)(3), and making a false statement in the application and use

of a passport, in violation of 18 U.S.C. § 1542. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Suliman contends that this 56–month sentence is unreasonable. The record demonstrates that the district court fully understood Suliman's requests for a lower sentence and its authority to grant them. A review of the record reveals that appellant's contentions are without merit and the sentence is not unreasonable. *See United States v. Plouffe*, 445 F.3d 1126, 1131 (9th Cir.2006).

**AFFIRMED.**

---

[*] This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.